In the Matter of the Application of MARY E. GRAHAM and Others, Respondents, against BOARD OF APPEALS OF THE CITY OF ELMIRA and MELVIN A. REYNOLDS

and Others, the Members Thereof, Defendants, and MAX MILLER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.